NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JAMES M. HELMS,**
*Petitioner,*

v.

**DEPARTMENT OF THE ARMY,**
*Respondent.*

---

2010-3183

---

Petition for review of the Merit Systems Protection Board in case no. CH0752090251-I-1.

---

ON MOTION

---

## ORDER

The petitioner moves for clarification of the briefing schedule.

The petitioner timely filed his brief on November 30, 2010.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is moot.

FOR THE COURT

<u>JAN 14 2011</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Russell J. Upton, Esq.
    Scott D. Spiegel, Esq.

s8

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**JAN 14 2011**

**JAN HORBALY**
**CLERK**